FILED

08 MAR 12 PM 4:26

DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 0725 DMS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| MARLENE LYLIANN LORENZANA (1), ) CHRISTOPHER ANDREW LORENZANA (2), ) Defendants. ) | |

The grand jury charges:

### Count 1

On or about February 15, 2005, within the Southern District of California, defendant MARLENE LYLIANN LORENZANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Luis Soriano-Galicia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

WDK:fer:San Diego
3/11/08

1                              Count 2

2       On or about February 15, 2005, within the Southern District of
3  California, defendant MARLENE LYLIANN LORENZANA, with the intent to
4  violate the immigration laws of the United States, knowing and in
5  reckless disregard of the fact that an alien, namely, Irma Piza-
6  Hernandez, had not received prior official authorization to come to,
7  enter and reside in the United States, did bring to the United States
8  said alien and upon arrival did not bring and present said alien
9  immediately to an appropriate immigration officer at a designated port
10 of entry; in violation of Title 8, United States Code,
11 Section 1324(a)(2)(B)(iii), and Title 18, United States Code,
12 Section 2.

13                             Count 3

14      On or about March 21, 2006, within the Southern District of
15 California, defendant MARLENE LYLIANN LORENZANA, with the intent to
16 violate the immigration laws of the United States, knowing and in
17 reckless disregard of the fact that an alien, namely, Amaru Martinez-
18 Higuera, had not received prior official authorization to come to,
19 enter and reside in the United States, did bring to the United States
20 said alien and upon arrival did not bring and present said alien
21 immediately to an appropriate immigration officer at a designated port
22 of entry; in violation of Title 8, United States Code,
23 Section 1324(a)(2)(B)(iii), and Title 18, United States Code,
24 Section 2.
25 //
26 //
27 //
28 //

## Count 4

On or about February 28, 2008, within the Southern District of California, defendants MARLENE LYLIANN LORENZANA and CHRISTOPHER ANDREW LORENZANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Esperanza Sanchez-Barriga, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 5

On or about February 28, 2008, within the Southern District of California, defendants MARLENE LYLIANN LORENZANA and CHRISTOPHER ANDREW LORENZANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Esperanza Sanchez-Barriga, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate

//
//
//
//
//
//
//
//

immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

DATED: March 12, 2008.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
DOUGLAS KEEHN
Assistant U.S. Attorney