1 **JOHN C. ELLIS, JR.**
California State Bar Number 228083
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California  92101-5008
Telephone:  (619) 234-8467
4 john_ellis@fd.org

5 Attorneys for Ms. Lorenzana

6

7

8                       UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE DANA M. SABRAW)**

11 UNITED STATES OF AMERICA,           )    Case No. 08cr0725-DMS
                                        )
12            Plaintiff,                )
                                        )    **JOINT MOTION TO CONTINUE**
13 v.                                   )    **MOTION HEARING**
                                        )
14 MARLENE LYLIANN LORENZANA (1),       )
   CHRISTOPHER ANDREW LORENZANA (2),)
15                                      )
             Defendants.               )
16 _____)

17        Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, John

18 C. Ellis, Jr. , and Federal Defenders of San Diego, Inc., counsel for Marlene Lorenzana, along with co-counsel

19 Karen M. Stevens for Christopher Lorenzana, and Assistant United States Attorney Peter Mazza, that the

20 motion hearing set for June 6, 2008 at 11:00 a.m. be rescheduled to **Friday, July 18 2008, at 11:00 a.m.**

21                                      Respectfully submitted,

22 DATED:        June 3, 2008            */s/ John C. Ellis, Jr.*
                                        **JOHN C. ELLIS, JR.**
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Marlene Lorenzana
24
   DATED:        June 3, 2008            */s/ Karen M. Stevens*
25                                      **FRED SHEPPARD**
                                        Attorney for Christopher Lorenzana
26                                      kstevensesq@hotmail.com

27 DATED:        June 3, 2008            */s/ Peter J. Mazza*
                                        **PETER J. MAZZA**
28                                      Assistant United States Attorney
                                        peter.mazza@usdoj.gov