PS8C

August 12, 2008

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 19 AM 10: 06

Petition for Summons for Defendant Under Supervision

BY _____ DEPUTY

**Name of Defendant:** Lorenzana, Christopher Andrew (English)     **Dkt No.:** 08CR0725DMS-002

**Name of Judicial Officer:** The Honorable Dana M. Sabraw, U.S. District Judge

**Date Conditions Were Ordered:** February 29, 2008

**Conditions of Release:** travel restriction to the Southern and Central Districts of California; not to enter Mexico; report to Pretrial Services Agency as directed by the assigned Pretrial Services Officer; not possess or use any narcotic drug or other controlled substance; not possess any firearm or other dangerous weapon or explosive device; submit to psychiatric or psychological counseling; clear all warrants and failures to appear within 30 days of release; and do not drive a motor vehicle without proof of valid license to Pretrial Services. On April 1, 2008, your Honor agreed to modify the conditions of release to include drug testing and/or treatment as the defendant admitted to illegal drug use.

**Date Released on Bond:** March 19, 2008

**Charged Offense:** Bringing in Illegal Aliens for Financial Gain; Bringing in Illegal Aliens Without Presentation; and Aiding and Abetting.

**Next Court Hearing:** August 29, 2008, at 11:00 a.m. for Motion Hearing

**Asst. U.S. Atty.:** Peter Mazza                    **Defense Counsel:** Karen Stevens (appointed)
                                                                                  (619) 239-8553

**Prior Violation History:** On May 22, 2008, you Honor was notified the defendant admitted to using marijuana on or about March 26, 2008, while on bond. Our office requested no action and your Honor agreed.

## PETITIONING THE COURT

**CITE THE DEFENDANT INTO COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED ON AUGUST 29, 2008, AT 11:00 A.M.**

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| **(Mandatory Condition)** | |
| 1. Not possess or use any narcotic drug or controlled substance, as defined in 21: USC § 802, without a lawful medical prescription. | 1. The defendant admitted to using heroin on July 5, 2008, which was confirmed by the hospital records documenting he used heroin twice on July 5, 2008. |

*Grounds for Revocation:* On August 11, 2008, the undersigned received and reviewed the admission paperwork from the Community & Mission Hospital of Huntington Park, dated July 6, 2008. The Triage form from the Community & Mission Hospital of Huntington Park, dated July 6, 2008, notes "mother claims he came from Tijuana last night, c/o problem urinating, sleepy and hardly cannot walk - used Heroin yesterday twice". The History of Present Illness documents he allegedly injected heroin to both arms. The Urine Drug Screen Triage, dated July 6, 2008, revealed a positive result for opiates.

| | |
|---|---|
| 2. Restrict travel to the Southern and Central Districts of California, and not to enter Mexico. | 2. The defendant's mother reported to the doctor that he had returned from Mexico on July 5, 2008. |

*Grounds for Revocation:* On August 11, 2008, the undersigned received and reviewed the admission paperwork from the Community & Mission Hospital of Huntington Park, dated July 6, 2008. The Triage form from the Community & Mission Hospital of Huntington Park, dated July 6, 2008, notes "mother claims he came from Tijuana last night, c/o problem urinating, sleepy and hardly cannot walk - used Heroin yesterday twice".

## NONCOMPLIANCE SUMMARY

When the defendant was confronted with the hospital documents by the officer in the Central District, he admitted to using Heroin on July 5, 2008. He stated it was a one time use and he has not used since. As a result of Mr. Lorenzana's admission, he has been enrolled in counseling with a contract facility in the Central District of California. His test results with Pretrial Services have been negative to date. The defendant and his mother deny he was in Mexico prior to his hospitalization, despite what is noted in the hospital paperwork.

## SUPERVISION ADJUSTMENT

Mr. Lorenzana has been on pretrial release since March 19, 2008, and has been supervised by the Central District of California, due to the location of his residence. Since that time, he has reported as directed, has not provided a positive urine sample, and has made all of his court appearances. However, he did admit to using marijuana on or about March 26, 2008.

## DEFENDANT PERSONAL HISTORY/CHARACTERISTICS

Mr. Lorenzana is a nineteen year old citizen of the United States. He resides with his mother, girlfriend, and son in Los Angeles, California. His girlfriend reportedly works and the defendant stays home to care for their son. Other than his recent hospitalization, he maintained he is in "okay" physical health. He has been diagnosed with schizophrenia for which he takes medication daily. He reported a history of marijuana use, with his last reported use in March of this year. The defendant reportedly did not complete high school and is on public assistance.

## RECOMMENDATION/JUSTIFICATION

At this time, our office is requesting the defendant be cited into court to show cause why his bond should not be revoked. He has admitted to using heroin while on bond, and he allegedly traveled to Mexico without court permission.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: August 12, 2008**

Respectfully submitted:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

Respectfully submitted:
by _____
United States Pretrial Services Officer
(619) 557-7207

Reviewed and approved:
Charlene Delgado
Supervising U.S. Pretrial Services Officer

Attachments

**THE COURT ORDERS:**

✓    Cite the defendant into court on August 29, 2008, at 11:00 a.m. to show cause why his bond should not be revoked.

_____    OTHER _____

_____

_____

_____                                      8-13-08
The Honorable Dana M. Sabraw                                        Date
U.S. District Judge